=====================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

__*NORTHERN*__ DISTRICT OF __*NEW YORK*__

JUDGMENT IN A CIVIL CASE

DOCKET NO.   1:04cv1324 (TJM/DRH)

STEVEN J. CULLEN, SR.,

       **Plaintiff,**

COMMISSIONER OF SOCIAL SECURITY,

       **Defendant(s).**

_____   **JURY VERDICT.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___XX___   **DECISION by COURT.**  This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the final decision of the Secretary is REVERSED and the action is REMANDED for rehearing pursuant to the 4th sentence of 42 USC Section 405(g), in accordance with the Stipulation signed by the parties and "So Ordered" by USMJ David R. Homer on 8/12/05.

DATE: __August 12, 2005__

Clerk of Court

By: ____s/William J. Griffin____
              DEPUTY CLERK